# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONNA M. MIZELL

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 12-153-SDD-RLB

## RULING
## AND
## ORDER OF REMAND

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 27, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's appeal is granted and the Commissioner's decision is vacated and this matter is remanded for further consideration consistent with this Court's ruling.

Baton Rouge, Louisiana, February 18, 2014.

*[signature]*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA