# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DONNA M. MIZELL

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 12-153-SDD-RLB

## RULING AND ORDER OF REMAND

The Court, after carefully considering the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Richard L. Bourgeois, Jr. dated January 27, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Plaintiff's appeal is granted and the Commissioner's decision is vacated and this matter is remanded for further consideration consistent with this Court's ruling.

Baton Rouge, Louisiana, February 18, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA